UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ERIC CHISSUS,<br><br>       Plaintiff,<br><br> v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>       Defendant. | CASE NO. 3:25-cv-05607-LK<br><br>ORDER GRANTING IN PART MOTION FOR EXTENSION OF TIME |

  This matter comes before the Court on Plaintiff Eric Chissus's Motion for Extension of Time. Dkt. No. 9. Mr. Chissus requests that the Court "extend this case for 30 days, from the current due date . . . due to the inability to obtain records through PACER, and having only received guidance as to how to obtain the certified record yesterday." *Id.* at 1. The motion notes that "[d]efense counsel has been contacted regarding previous cases due to the same issue but is not working due to the government shutdown." *Id.*

  On October 13, 2025—a federal holiday—Mr. Chissus's counsel emailed the Court's proposed orders address, seeking guidance on how to access the records in this case: "We are

ORDER GRANTING IN PART MOTION FOR EXTENSION OF TIME - 1

apparently no longer able to download social security administrative records through CM/ECF or through PACER. We are told to contact the Court directly. How may I access the SSAR for this client?" Because it appears that Mr. Chissus's counsel did not attempt to download the record until two days before the Opening Brief was due, *see* Dkt. No. 8 at 1, and filed this motion on the deadline from which he seeks relief in violation of Local Civil Rule 7(j), *see generally* Dkt. No. 9, the Court declines the request for a 30-day extension. Indeed, it appears that counsel intended to spend only two days with the record prior to filing Mr. Chissus's brief. However, the Court finds that a shorter extension is warranted, and therefore GRANTS IN PART Mr. Chissus's motion. Specifically, the Court amends the briefing schedule, Dkt. No. 8, as follows: Plaintiff's Opening Brief is due 10/30/2025; Defendant's Response Brief is due 11/28/2025 or thirty days after the end of the government shutdown, whichever is later; and Plaintiff's optional Reply Brief is due fourteen days after the Response Brief is filed.

Dated this 15th day of October, 2025.

Lauren King
United States District Judge